JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SAMUEL CRISTOBAL HERNANDEZ,

Petitioner,

v.

SENIOR WARDEN, ADELANTO DETENTION FACILITY et al

Respondents.

Case No. 5:26-cv-04266-DOC-AYP

JUDGMENT

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that (1) the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition") is granted; and (2) the Clerk shall enter Judgment accordingly.

IT IS SO ADJUDGED.

DATED: November 23, 2026

David O. Carter

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE